## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Michael A. Shipp

           v.

                     :    Crim. No. 26-169

THEDDEUS WEST

                     :    **ORDER FOR CONTINUANCE**

This matter came before the Court on the joint application of the United States of America (Edeli Rivera, Assistant U.S. Attorney, appearing), and defendant Theddeus West (Paulette Pitt, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date upon which this Order is signed through and including August 31, 2026; and the Defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the Defendant having consented to such continuance and having waived such right; and this being the second request for a continuance in this matter; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.    The Defendant has consented to the above-referenced continuance;

2.    Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation;

3.    Both the United States and the defendant desire additional time to attempt to resolve this case, which would conserve judicial resources; and

4.    As a result of the foregoing, pursuant to 18 U.S.C. §3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued under the Speedy Trial Act of 1974 from the date this Order is signed through August 31, 2026, and it is further

ORDERED that the period from the date this Order is signed through and including August 31, 2026, shall be excludable in computing time under the Speedy Trial Act of 1974, 18 U.S.C. §3161 *et seq.*

_____
HON. MICHAEL A. SHIPP
United States District Judge

Dated: July 16 , 2026

Form and entry consented to:

_____          _____
Edeli Rivera                                                      s/ Paulette Pitt
Assistant U.S. Attorney                               Paulette Pitt, Esq.
                                                                        Counsel for Defendant Theddeus West

- 2 -